IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>TIANA ROOKS<br><br>    Debtor.<br>_____<br><br>ALL 3 REALTY, LLC<br><br>    Movant<br><br>v.<br><br>TIANA ROOKS, Debtor<br>NANCY J. WHALEY, Trustee<br><br>    Respondents. | CASE NO. 20-71954<br>CHAPTER 13<br><br>JUDGE CAVENDAR<br><br><br><br>CONTESTED MATTER |

## ALL 3 REALTY, LLC's MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, ALL 3 REALTY, LLC (hereinafter, "All 3 Realty" or, alternatively, "Movant"), a creditor and party in interest in the above-captioned case, by and through its undersigned counsel, and, pursuant to 11 U.S.C. § 362(d), moves the Court for an order lifting the automatic stay (hereinafter, the "Motion"), respectfully showing this honorable Court as follows:

1.

This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties including, but not limited to, the right to proceed with a Dispossessory Action.

2.

TIANA ROOKS (hereinafter, "Debtor") filed a voluntary petition for bankruptcy protection under Chapter 13 of the Bankruptcy Code on November 20, 2020, and is, therefore, subject to the jurisdiction of the Court.

3.

This Court has jurisdiction over this Motion pursuant to 11 U.S.C. §§ 362 and 363 and 1301(c).

4.

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated April 1, 2020 at a rate of $823.00.00 per month (hereinafter, the "Lease").  The Lease is executed by TIANA ROOKS, relative to certain property known as 7311 Howard Place, Jonesboro, Clayton County, GA 30236 (hereinafter, the "Property").  A true and correct copy of the Lease is attached hereto as Exhibit "A" and incorporated herein by reference.

5.

Movant avers that, pursuant to the terms and conditions of the Lease, Debtor is currently in default under the terms of the Lease for non-payment of rent in the amount of $3,570.00. This amount includes a post-petition default of rent for the month of December 2020.

6.

Movant further avers there is cause, including the lack of adequate protection, for granting Movant's Motion for Relief from Automatic Stay.  Furthermore, the stay should be lifted as the Debtor does not have equity in the Property, and it is not necessary for an effective reorganization.

7.

Because the Lease so provides, the Debtor is responsible for Movant's reasonable attorney's fees. Upon belief, the filing of this Chapter 13 bankruptcy petition was done for the purpose of delaying a dispossessory action.

8.

Pursuant to 11 U.S.C. § 362(d), Movant is entitled to a termination of the automatic stay, with respect to its Property, since the lack of adequate protection exists.

9.

Movant requests that the provisions of Bankruptcy Rule 4001(a)(3) be waived and/or modified so as to allow Movant to proceed immediately with a dispossessory action in the Clayton County Magistrate Court.

WHEREFORE, Movant ALL 3 REALTY, LLC prays for the following relief:

(a)    That this Court grant Movant's Motion for Relief From Stay;

(b)    That the automatic stay pursuant to § 362(d) of the Bankruptcy Code be terminated, annulled, modified, and lifted to permit Movant to pursue all remedies available under Georgia law to recover possession of the Property and to allow Movant to apply any security deposit held by Movant to any post-petition amounts which came due under the terms of the Lease, and that the property be abandoned as property of the estate;

(c)    That the Court waive and/or modify Bankruptcy Rule 4001(a)(3) so as to allow Movant to proceed immediately with a dispossessory action;

(d)    That the Court award Movant its attorney's fees and costs in bringing of this Motion; and

      (e)      For such other and further relief as this Court deems just and equitable.

Respectfully submitted, this 4th day of December, 2020.

| | |
|---|---|
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | MONICA K. GILROY |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 420527) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Monica.Gilroy@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com | |

## **CERTIFICATE OF SERVICE**

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing ***MOTION FOR RELIEF FROM AUTOMATIC STAY*** in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303
(404) 524-6400

Nancy J . Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Pla za
Atlanta, GA 30303
(678) 992-1201

Further, a true copy of the foregoing ***Motion for Relief from Stay*** has been served upon the following Respondents by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Tiana Rooks
7311 Howard Place
Jonesboro, GA 30236


Dated: December 4, 2020

|  |  |
|---|---|
|  | Respectfully submitted, |
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | MONICA K. GILROY |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 420527) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Monica.Gilroy@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com |  |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(ATLANTA)

| | |
|---|---|
| IN RE:<br>TIANA ROOKS<br><br>    Debtor.<br>_____<br><br>ALL 3 REALTY, LLC<br><br>    Movant<br><br>v.<br><br>TIANA ROOKS, Debtor<br>NANCY J. WHALEY, Trustee<br><br>    Respondents. | CASE NO. 20-71954<br>CHAPTER 13<br><br>JUDGE CAVENDAR<br><br><br><br>CONTESTED MATTER |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Movant ALL 3 REALTY, LLC** has filed a **Motion for Relief from Automatic Stay** with the Court in the above-referenced matter, seeking an order lifting the automatic stay as to certain real property located 7311 Howard Place, Jonesboro, GA 30236.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the **Motion for Relief From Automatic Stay** in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at **10:30 A.M. (ET)** on **Tuesday, January 5, 2021.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia. You must also mail a copy of your response to the undersigned at the address stated below.

      If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the Court orders otherwise.

      Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Dated: December 4, 2020

|  |  |
|---|---|
|  | Respectfully submitted, |
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | MONICA K. GILROY |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 420527) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Monica.Gilroy@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com |  |

## **CERTIFICATE OF SERVICE**

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *Notice of Hearing* in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

Karen King
King & King Law LLC
215 Pryor Street, S.W.
Atlanta, GA 30303
(404) 524-6400
Fax : (404) 525- 6425

Nancy J . Whaley
Nancy J. Whaley, S tanding Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Pla za
Atlanta, GA 30303
(678) 992-1201

Further, a true copy of the foregoing *Motion for Relief from Stay* has been served upon the following Respondents by depositing a copy of the same in the United States mail, first class postage prepaid, addressed as follows:

Tiana Rooks
7311 Howard Place
Jonesboro, GA 30236


Dated: December 4, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
| THE GILROY FIRM | /s/ Matthew F. Totten |
| 3780 Mansell Road, Suite 140 | MONICA K. GILROY |
| Alpharetta, Georgia 30022 | (Georgia Bar No. 420527) |
| (678) 280-1922 (Telephone) | MATTHEW F. TOTTEN |
| (678) 280-1923 (Facsimile) | (Georgia Bar No. 798589) |
| Monica.Gilroy@gilroyfirm.com | ATTORNEYS FOR MOVANT |
| Matthew.Totten@gilroyfirm.com |  |

8