# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TIANA ROOKS | ) | CASE: A20-71954-JWC |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

2.

Due to the developing issues with the COVID-19 virus and the national declaration of emergency by the President of the United States, the Meeting of Creditors held pursuant to 11 U.S.C. Section 341, for the instant case, was conducted telephonically. Without in-person contact the Trustee was unable to collect a properly completed and signed Debtor Questionnaire. The Debtor has also failed to file a completed Debtor Questionnaire prior to the 341 meeting of creditors with the Bankruptcy Court as requested by the Trustee. The Chapter 13 Trustee requests the Debtor file with the Bankruptcy Court a completed and signed questionnaire. A fillable pdf version of the questionnaire can be found at http://www.njwtrustee.com/wp-content/uploads/Debtor-Questionnaire1.pdf.

3.

The Trustee requests proof of Debtor's income in order to determine the accuracy and veracity of the plan and/or Schedules. 11 U.S.C. Section 521(a)(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

4.

Due to a change in circumstances since filing, Schedules I and J do not correctly reflect the Debtor's current financial situation, thereby preventing the Trustee from evaluating feasibility. 11 U.S.C. Section 1325(a)(6). Specifically, Debtor does not have income.

5.

The Chapter 13 plan proposes to pay $4,750.00 to the Debtor's attorney for payment of attorney fees. The Trustee is unable to determine whether this is a reasonable fee and requests that Debtor's counsel appear at Confirmation and be prepared to present evidence to the Court regarding the reasonableness of the requested fee.

6.

The Debtor's proposed plan payment is $280.00 per month. The Debtor's counsel proposes to be paid a monthly payment of $210.00 while proposing minimum initial payments to creditors. This disbursement schedule may not be fair and equitable to creditors and not in the best interest of the Debtor. 11 U.S.C. Section 1325(a)(3), General Order 42-2020.

7.

Based on Debtor's testimony, bankruptcy petition and/or the proposed plan it appears that this case will provide limited or no repayment to secured or priority creditors. The Debtor appears to be eligible for Chapter 7 bankruptcy relief and this plan may qualify as an "attorney-fee-centric" plan under the analysis of In re Brown, 2014 WL 563601. Thus, this plan man not comply with the requirements of good faith under 11 U.S.C. Section 1325(a)(3), on the grounds of a high unlikelihood of success in completion, the negligible repayment to creditors, and/or the burden placed on the Chapter 13 Trustee in administration of the case.

8.

The Debtor is proposing a zero percent (0%) dividend payment to nominal unsecured debt totaling $955.00, which may violate 11 U.S.C. Section 1325(a)(3).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 28th day of December, 2020.

Respectfully submitted,

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064

## CERTIFICATE OF SERVICE

Case No: A20-71954-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

TIANA ROOKS
7311 HOWARD PLACE
JONESBORO, GA  30236

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

KING & KING LAW LLC

This the 28th day of December, 2020.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201